IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN THE MATTER OF APPOINTING ) <br> A SECURITY COMMITTEE ) <br> FOR THE SOUTHERN DISTRICT OF GEORGIA ) | MISCELLANEOUS ORDER NO. ____ <br> MC123-015 |

Pursuant to the recommendations of the United States Judicial Conference Committee on Court Security, **IT IS HEREBY ORDERED** that a Court Security Committee for the Southern District of Georgia be established.

The Security Committee will advise on the planning, implementation, and continuous review of the court security systems in the Southern District of Georgia. The committee shall meet at least twice per year, or as otherwise ordered by the Chief Judge of the District Court.

The committee will consist of the following individuals or their designees:

1. Chief Judge, U.S. District Court, who shall serve as Chairperson;
2. The U.S. Marshal;
3. The U.S. Attorney;
4. Court Unit Executives for the District, Bankruptcy and Probation Offices;
5. Chief Judge, U.S. Bankruptcy Court; and
6. The GSA Field Operations Manager.

**IT IS FURTHER ORDERED** that the Clerk of Court send a copy of this Order to the individuals appointed to this committee.

DATED this 11th day of July, 2023.

_____
J. Randal Hall, Chief Judge
UNITED STATES DISTRICT COURT